**DISMISS and Opinion Filed December 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00966-CV

**STEPHEN W. SHOULTZ, Appellant**
**V.**
**SAMEER FINO, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12489-A**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Stoddart
Opinion by Justice Stoddart

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Craig Stoddart/
CRAIG STODDART
140966F.P05                                          JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

STEPHEN W. SHOULTZ, Appellant

No. 05-14-00966-CV      V.

SAMEER FINO, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-12-12489-A.
Opinion delivered by Justice Stoddart.
Justices Francis and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SAMEER FINO recover his costs of this appeal from appellant STEPHEN W. SHOULTZ.

Judgment entered this 15th day of December, 2014.